```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION


VINCENT & FAITH FORTE                              PLAINTIFF

     vs.            CASE No. 06-2181

ECONOMY PREMIER ASSURANCE CO.                     DEFENDANTS
```

## **ORDER**

Now on this 16th day of October, 2007, comes the Stipulation of Dismissal with Prejudice (doc. #31). The Court, being well and sufficiently advised, does HEREBY GRANT the stipulation for dismissal with prejudice.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Robert T. Dawson
                         United States District Judge
```